IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN A. MANCINI, <br><br> Plaintiff, <br><br> v. <br><br> JOANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | No. 8:05-cv-00517 <br><br> ORDER |

Upon the plaintiff's unresisted first motion for extension of time to file his brief, **it is**

**ORDERED**

The plaintiff's unresisted first application for extension of time to file his brief is

**granted.** The deadline for the plaintiff to file his brief is extended to April 19, 2006. The

scheduling order is modified accordingly.

**Dated** this 21st day of March, 2006.

> BY THE COURT:
>
> s/ Warren K. Urbom
> United States Senior District Judge