IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN A. MANCINI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV517 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | MEMORANDUM AND ORDER ON |
| Michael J. Astrue, Commissioner, | ) | PLAINTIFF'S APPLICATION FOR |
| | ) | ATTORNEYS FEES |
| Defendant. | ) | |
| | ) | |

Now before me is Plaintiff John A. Mancini's application for attorneys fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (See filing 15.) The plaintiff requests a fee award in the amount of $3467.02[1] and reimbursement of the $250.00 filing fee. (See id. at 2-3.) In response, the defendant states that he has no objection to an award of fees in the amount of $3467.02, and he agrees that the filing fee should be reimbursed. (See filing 17 at 1.) He notes correctly, however, that the filing fee should be the subject of a separate bill of costs. (See id.); see also 28 U.S.C. § 2412(a)-(b); NECivR 54.1, 54.3, 54.4. The plaintiff must file a bill of costs to request reimbursement of the filing fee and any other taxable costs. See id.; see also 28 U.S.C. § 1920.

**IT IS ORDERED** that:

1. The plaintiff's application for attorneys' fees pursuant to the Equal Access to Justice Act, filing 15, is granted in part; and

---

[1]The plaintiff's fee application states on page two that the plaintiff requests an award of $324.02 for the services of Michael J. Haller and $3467.02 for the services of Thomas A. Krause. (See filing 15 at 2.) The documents submitted in support of the application establish, however, that the total fee requested by the plaintiff is $3467.02. (See filing 15, Attach. A at 1; id., Attach. B, Krause Dec. ¶ 10.)

2.    Judgment shall be entered awarding the plaintiff attorneys fees in the amount of $3467.02, with $3143.00 payable to Thomas A. Krause and $324.02 payable to Michael J. Haller, Jr.

Dated March 6, 2007.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge