IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN A. MANCINI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV517 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | JUDGMENT |
| Michael J. Astrue, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum and Order on Plaintiff's Application for Attorneys Fees,

IT IS ORDERED that judgment is entered for the plaintiff providing that the plaintiff is awarded attorneys' fees in the amount of $3143.00, payable to Thomas A. Krause, and $324.02, payable to Michael J. Haller, Jr.

Dated March 6, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge